```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 08 B 01360
   THOMAS R GOODWIN
   SHARI GOODWIN                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

             Debtor
   SSN XXX-XX-6156      SSN XXX-XX-0474

-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/22/08 and confirmed on 04/25/08.

   2.  The case was converted to Chapter 7 after confirmation, 11/12/2008.

   3.  The Debtor paid a total of $   1600.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
-----------------------------------------------------------------------------
AMERICAN HOME MTGE         CURRENT MORTG         .00           .00         .00
AMERICAN HOME MTGE         MORTGAGE ARRE         .00           .00         .00
SAMS CLUB                  UNSECURED       NOT FILED           .00         .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED           .00         .00
CITIBANK                   UNSECURED       NOT FILED           .00         .00
CHASE BANK USA             UNSECURED       NOT FILED           .00         .00
NELSON WATSON & ASSOC      UNSECURED       NOT FILED           .00         .00
CAPITAL ONE BANK           UNSECURED       NOT FILED           .00         .00
TARGET                     UNSECURED       NOT FILED           .00         .00
KOHLS                      UNSECURED       NOT FILED           .00         .00
JC PENNEY CO               UNSECURED       NOT FILED           .00         .00
TCF NATIONAL BANK          UNSECURED       NOT FILED           .00         .00
CINGULAR WIRELESS          UNSECURED       NOT FILED           .00         .00
LIQUIDEBT SYS              UNSECURED       NOT FILED           .00         .00
HSBC                       UNSECURED       NOT FILED           .00         .00
AMERICAN EXPRESS           UNSECURED       NOT FILED           .00         .00
WELLS FARGO FINANCIAL      UNSECURED       NOT FILED           .00         .00
HOME DEPOT CREDIT SERVIC   UNSECURED       NOT FILED           .00         .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED           .00         .00
MENARDS/HRS                UNSECURED       NOT FILED           .00         .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
-----------------------------------------------------------------------------
ALLIED INTERSTATE          UNSECURED       NOT FILED           .00         .00
MICROSOFT                  UNSECURED       NOT FILED           .00         .00
TELECHECK                  UNSECURED       NOT FILED           .00         .00
OMNIUM WOLDWIDE INC        UNSECURED       NOT FILED           .00         .00
WEST ASSET MANAGEMENT      UNSECURED       NOT FILED           .00         .00
NICOR GAS                  UNSECURED       NOT FILED           .00         .00
COMED                      UNSECURED       NOT FILED           .00         .00
```

```
ANDERSON FINANCIAL NETWO  UNSECURED        NOT FILED              .00           .00
CERTIFIED SERVICES INC    UNSECURED        NOT FILED              .00           .00
LAKE COUNTY COLLECTOR     SECURED                .00              .00           .00
       Summary of disbursements:
-------------------------------------------------------------------------------------
                          SECURED     PRIORITY     UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED            .00          .00           .00        .00           .00
PRINCIPAL PAID                .00          .00           .00        .00           .00
INTEREST PAID                 .00          .00           .00        .00           .00
TOTAL PAID                    .00          .00           .00        .00           .00
```

The Debtor's attorney, STAVER & GAINSBERG PC          , was allowed $   3500.00
and was paid $    1100.00   direct and $    1507.20  through the plan.

The Trustee received $       92.80 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/09                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 08 B 01360 THOMAS R GOODWIN & SHARI GOODWIN